UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. GLORIA DANSBY-GILES                                                              PLAINTIFF

v.                                                                    CIVIL ACTION NO.: 3:10CV214-TSL-MTP

JACKSON STATE UNIVERSITY                                                            DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dr. Gloria Dansby-Giles ("Plaintiff") and Defendant Jackson State University ("Defendant"), pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal and stipulate as follows:

1.    That the case should be and is, hereby dismissed with prejudice;

2.    That the Court retains jurisdiction over settlement pursuant to the bench opinion entered by Judge Roper on April 23, 2013; and

3.    That the parties are to bear their own costs, expenses and fees.

SO ORDERED this the 23rd day of May, 2013.


s/KIM T. CHAZE                                          s/POPE S. MALLETTE
KIM T. CHAZE, MSB No. 5974                              POPE S. MALLETTE, MSB No. 9836
Attorney for Plaintiff                                  Attorney for Defendant

1